IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-cv-00056-F

| | |
|---|---|
| Progressive Northern Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Summit Management Services, LLC, and East Coast Labor Solutions, LLC, Bertha McBryde McLaurin, Marie Fevrier aka Masselin Feurier Marie-Claude, Wisky Theophilu, Israel Astrel, Chenel Fevrier aka Chearel Feurier, Fenel Saintilus, Jean Lamour, Valessa Nicolas, Jean Hyppolite, Danel Chery, Jean Paul aka Jean Paumil, Ella Joseph, Jerome Sauveur Dieu, Raneau Noel, Dirace Savoir, Joseph Lewis aka Joseph Lois, Carole Lewis aka Carole Lois, Jules Ony Dortilus, Jerry Charles, Lucien Thompson, Leobert Marius, Gladys LaRose, Jule LaRose, Jesnel Gilbert, Bernard Vernette, and Moo Pwai,<br><br>Defendants. | **ENTRY OF DEFAULT** |

WHEREAS, it has been made to appear to the undersigned Clerk of the United States District Court for the Eastern District of North Carolina, upon Plaintiff's Motion for Entry of Default, that Defendants Jerry Charles, Summit Management Services, LLC, and Bertha McBryde McLaurin are subject to default as provided by Rule 55(a) of the Federal Rules of Civil Procedure;

NOW, THEREFORE, default is hereby entered against Defendants Jerry Charles, Summit Management Services, LLC, and Bertha McBryde McLaurin in this action.

This 1st day of August, 2012

Julie A. Richards
Clerk of the United States District

Case 7:12-cv-00056-F   Document 31   Filed 08/01/12   Page 1 of 1